IN THE MATTER OF WILLIAM KORTZ, *Respondent, v.* THE BOARD OF CANVASSERS OF GREENE COUNTY, *Appellants.*— Order affirmed, with costs against appellants. Opinion by BOCKES, J.

SETH PARSONS, *Committee, etc., Respondent, v.* ISAAC W. WINNE, and others, *Appellants.*—Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by BOARDMAN, J.

IN THE MATTER OF JOHN M. NEWTON.— Order affirmed, with ten dollars costs against appellant. Mem. by BOCKES, J.; LEARNED, P. J., not acting.

FREDERICK SHEELY, *Respondent, v.* GEORGE B. GANNON, *Appellant.*— Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

EMELINE AVERY, *Respondent, v.* THE VILLAGE OF SARATOGA SPRINGS, *Appellant.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J.; BOCKES, J., not acting.

HENRY H. NELLIS, *Appellant, v.* GEORGE H. NELLIS, *Respondent.*— Judgment affirmed, with costs, on opinion of Special Term. Mem. by BOCKES, J., and LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* MERCHANTS' BANK.— Order affirmed, with ten dollars costs and printing disbursements, without passing on the question of right to appeal. Mem. by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE CITY BANK OF ROCHESTER.— (MATTER OF SARTWELL and others, *Appellants, v.* HOBERT F. ATKINSON, *Receiver, etc., Respondent.*) Order affirmed, with ten dollars costs and printing disbursements. Mem. by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* KNICKERBOCKER LIFE INSURANCE COMPANY.— Order affirmed, with ten dollars costs and printing disbursements against appellant.

HERMAN VEEDER, *Respondent, v.* WILLIAM MUDGETT and others, *Appellants.*— Order affirmed, with ten dollars costs and printing disbursements.

THE FIRST NATIONAL BANK OF ITHACA *v.* JOSEPH McGRAW, *Appellant,* and EZRA CORNELL, *Respondent.*— Order reversed, with ten dollars costs and printing disbursements; and motion denied, with ten dollars costs. Opinion by LEARNED, P. J.; BOARDMAN, J., not acting.

CORNELIA T. DAVENPORT, *Respondent, v.* LEWIS N. IRELAND, *Appellant.*— Order affirmed, with ten dollars costs and printing disbursements.

ASA D. SQUIRES, *Respondent, v.* CHAUNCEY L. WARD and others, *Appellants.*— Order affirmed, with ten dollars costs and printing disbursements. Mem. by BOCKES, J.